IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01940-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONI K.  D'ANDREA, et al.,

Defendants.

---

## RECOMMENDATION REGARDING
## THE MOTION FOR ENTRY OF DEFAULT ON DEFENDANT HOWARD MITCHELL GILBERT'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 52)

---

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on the Motion for Entry of Default on Defendant Howard Mitchell Gilbert's Motion for Summary Judgment (docket no. 52).  The court has reviewed the subject motion (docket no. 52) and the response (docket no. 54) thereto. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and recommendation.

### FINDING OF FACT AND CONCLUSIONS OF LAW

The court finds:

　　1.　　That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard on the subject motion (docket no. 52);

4. That the United States of America has filed on February 23, 2010, an Objection to, and a Motion for Reconsideration of the Order of the Magistrate Judge [Watanabe] Regarding the Motion for Relief, which is still pending with District Court Judge Brimmer. See docket no. 43;

5. That a request for entry of default is only proper when a party "has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). The Plaintiff United States of America brought this action and has conducted discovery and therefore under these facts, default against the Plaintiff United States of America is not available;

6. That the United States of American is not in default at this time in not responding to Defendant Gilbert's Motion for Summary Judgment (docket no. 31), noting the pending motion before Judge Brimmer listed in paragraph 4 above.

## RECOMMENDATION

**WHEREFORE**, based upon these findings of fact and conclusions of law this court **RECOMMENDS**:

1. That the Motion for Entry of Default on Defendant Howard Mitchell Gilbert's Motion for Summary Judgment (docket no. 52) be

**DENIED**; and

2.     That each party pay their own attorney fees and costs for this

motion.

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2),**

**the parties have fourteen (14) days after service of this recommendation to serve**

**and file specific written objections to the above recommendation with the District**

**Judge assigned to the case.  A party may respond to another party's objections**

**within fourteen (14) days after being served with a copy.  The District Judge need**

**not consider frivolous, conclusive, or general objections.  A party's failure to file**

**and serve such written, specific objections waives *de novo* review of the**

**recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53**

**(1985), and also waives appellate review of both factual and legal questions.**

**<u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley</u>**

**<u>v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Done this 31st day of March 2010.

BY THE COURT

<u>S/ Michael J. Watanabe</u>
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE