IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01940-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONI K. D'ANDREA,
HOWARD MITCHELL GILBERT, and
PUBLIC SERVICE CREDIT UNION,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the United States' Unopposed Motion to Vacate Pre-Trial Conference (Docket No. 66) is granted, and the final pretrial conference set for August 16, 2010, at 8:30 a.m., and the August 11, 2010, deadline for submission of a proposed pre-trial order are vacated. It is further

     ORDERED that the Motion to Withdraw Shayla McCormally as Counsel for the United States (Docket No. 70) is granted.

Date: August 3, 2010